December 16, 1981

*Denied*:

COMMONWEALTH *vs.* JUDITH CLAIRE CLEMONS.
COMMONWEALTH *vs.* ROBERT MARKS (and three companion cases).